**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Parker, | No. CV-22-00021-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| JPMorgan Chase Bank, N.A.; Equifax Information Service, LLC; Experian Information Solutions, Inc.; Trans Union, LLC, | |
| Defendants. | |

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 13), filed on May 11, 2022, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED DIRECTING** the Clerk to terminate this action given Plaintiff's notice of voluntary dismissal under Rule 41(a)(1)(A)(i) (Doc. 13).

Dated this 23rd day of May, 2022.

Honorable John C. Hinderaker
United States District Judge